■ CHARTER SCHOOL FOR APPLIED TECHNOLOGIES et al., Respondents, v BOARD OF EDUCATION FOR CITY SCHOOL DISTRICT OF CITY OF BUFFALO, Appellant. (Appeal No. 2.) [963 NYS2d 919]— Appeal from a judgment of the Supreme Court, Erie County (John A. Michalek, J.), entered March 30, 2012. The judgment awarded plaintiffs the sum of $6,873,646.91 against defendant.

It is hereby ordered that the judgment so appealed from is unanimously vacated without costs, the amended order entered March 5, 2012 is modified on the law by denying those parts of plaintiffs' motion with respect to the first and second causes of action in their entirety and by granting defendant summary judgment dismissing the first cause of action, and as modified the amended order is affirmed and the matter is remitted to Supreme Court, Erie County, for a trial on the issue of liability.

Same memorandum as in *Charter School for Applied Tech. v Board of Educ. for City School Dist. of City of Buffalo* (105 AD3d 1460 [2013]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ Matter of DIANE L. GALBRAITH, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [963 NYS2d 912]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed Apr. 10, 2013.)

■ Matter of RACHEL A. STANLEY, an Attorney, Resignor. [964 NYS2d 56]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Apr. 18, 2013.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RHYMES, Appellant. [964 NYS2d 56]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Carni and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS WILLIAMS, Appellant. [964 NYS2d 56]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey, Carni and Sconiers, JJ.